

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MICHAEL R. HAWKINS, SR. | CIVIL ACTION NO. 05-1232 |
| VS. | JUDGE MELANÇON |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision finding non-disability after March 25, 2003 is **REVERSED** and judgment is rendered in favor of Hawkins for benefits consistent with a continuation date of March 25, 2003.

Lafayette, Louisiana this 28th day of June, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT